**CT Corporation**

**Service of Process Transmittal**
01/25/2016
CT Log Number 528517624

TO: Charles J Reitmeyer, Vice President & Assoc. General Counsel
ARAMARK Corporation
1101 Market Street, ARAMARK Tower
Philadelphia, PA 19107-2988

RE: **Process Served in Louisiana**

FOR: Aramark Schools Facilities, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Ellen Williamson, Pltf. vs. Aramark Schools Facilities, LLC and Bridget Jones, Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition, Request |
| COURT/AGENCY: | EAST BATON ROUGE; 19TH JUDICIAL DISTRICT COURT, LA<br>Case # C645224 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - On or about March 3, 2015 at East Baton Rouge School System |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/25/2016 at 09:08 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after service |
| ATTORNEY(S) / SENDER(S): | Renee C. Crasto<br>Walters Papillion Thomas Cullens LLC<br>12345 Perkins Road Building One<br>Baton Rouge, LA 70810<br>225-236-3636 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/25/2016, Expected Purge Date: 01/30/2016<br><br>Image SOP<br><br>Email Notification, Charles J Reitmeyer reitmeyer-charles@aramark.com<br>Email Notification, Sarah Biscoe Biscoe-Sarah@aramark.com<br>Email Notification, Marta Sanchez Sanchez-Marta@aramark.com<br>Email Notification, Callalily Norcum Norcum-Callalily@aramark.com<br>Email Notification, Marta Sanchez Sanchez-Marta@aramark.com<br>Email Notification, Callalily Norcum Norcum-Callalily@aramark.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>3867 Plaza Tower Dr. |

Page 1 of 2 / DM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT 1

 CT Corporation

**Service of Process Transmittal**
01/25/2016
CT Log Number 528517624

TO: Charles J Reitmeyer, Vice President & Assoc. General Counsel
ARAMARK Corporation
1101 Market Street, ARAMARK Tower
Philadelphia, PA 19107-2988

RE: **Process Served in Louisiana**

FOR: Aramark Schools Facilities, LLC  (Domestic State: DE)

TELEPHONE: Baton Rouge, LA 70816-4378
612-333-4315

Page 2 of 2 / DM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

2425-16-000030

## CITATION

ELLEN WILLIAMSON
(Plaintiff)

VS.

ARAMARK SCHOOLS FACILITIES LLC
ET AL
(Defendant)

NUMBER C645224 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: ARAMARK SCHOOLS FACILITIES LLC
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEMS

GREETINGS:

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 21-JAN-2016.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: RENEE CHABERT CRASTO

Also attached are the following documents:
PETITION FOR DAMAGES; REQUEST FOR NOTICE

SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____, served on the above named party as follows:

CT CORPORATION SYSTEMS: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $_____
MILEAGE:    $_____          _____
TOTAL:      $_____             Deputy Sheriff

CITATION - 2425

**RECEIVED**
JAN 2 2 2016


EBR3409905

| ELLEN WILLIAMSON | NUMBER: 645224 SEC. 23 |
|---|---|
| VERSUS | 19th JUDICIAL DISTRICT COURT |
|  | PARISH OF EAST BATON ROUGE |
| ARAMARK SCHOOLS FACILITIES, LLC AND BRIDGET JONES | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

The petition of plaintiff, Ellen Williamson, a person of the full legal age of majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, respectfully represents:

1.

Made defendants herein are:

a) ARAMARK SCHOOLS FACILITIES, LLC, a foreign limited liability company, authorized to do and doing business in the State of Louisiana, and

b) BRIDGET JONES, who, upon information and belief, is a person of full age of majority who is believed to be domiciled in the Parish of East Baton Rouge, State of Louisiana.

2.

On or about March 3, 2015, Ellen Williamson, in her capacity as a paraprofessional for the East Baton Rouge Parish School System, while walking and exiting the school building, slipped and fell on a wet substance or some other material or substance that was placed on the floor by employees of Aramark Schools Facilities, LLC, including but not limited to Bridget Jones.

3.

Upon information and belief, Aramark Schools Facilities, LLC was contracted by the East Baton Rouge Parish School System for the purpose of providing janitorial and/or custodial services for the East Baton Rouge Parish School System.

4.

Aramark Schools Facilities, LLC, or its employee(s), including but not limited to Bridget Jones, either knew or should have known, that the foreign matter was on the floor and it failed to remove it or otherwise protect the students and teachers, like Ellen Williamson, from the hazard created by the slippery substance.

5.

The presence of the foreign matter on the floor of the school presented an unreasonable

Certified True and Correct Copy
eCertID: 000230075
Kati Acosta
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date:
1/21/2016 3:13 PM

East Baton Rouge Parish Clerk of Court - C645224 PET/TORT INJURY    Page 2 of 3

risk of harm to petitioner, as well as other teachers and students.

6.

The accident was caused by the fault or negligence of Aramark Schools Facilities, LLC, and/or its employees, representatives or agents, including but not limited to, Bridget Jones, in the following non-exclusive particulars:

a) failing to maintain the floor in a reasonable and safe condition;

b) failing to take reasonable precautions to prevent reasonably foreseeable accidents in the area of the school where the fall occurred;

c) failing to have reasonable safety and inspection procedures designed to prevent slip or trip and fall accidents, like the one in the instant case;

d) failing to properly clean and maintain the floors in the area of the store where the fall occurred;

e) failing to remove the foreign substance from the floor;

f) causing a foreign substance to be on the floor;

g) allowing the substance or materials to remain on the floor for an unreasonable length of time when it had actual or constructive notice of the fact that the substance was on the floor;

i) failing to warn petitioner of the existence and dangers of the substance or material on the floor; and

k) other acts of fault and/or negligence that will be shown at the trial of this matter.

7.

As a result of the fall, Ellen Williamson sustained severe personal injuries, including but not limited to, injuries to her knee other injuries to be proven at the trial of this matter.

8.

Ellen Williamson, requests damages as are reasonable in the premises for the following:

a) physical pain and suffering;

b) past, present and future medical expenses;

c) past, present and future mental anguish;

d) loss of enjoyment of life; and

e) lost wages and lost earning capacity.

Certified True and Correct Copy
eCertID: 000230075

Kati Acosta
East Baton Rouge Parish
Deputy Clerk of Court
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Generated Date:
1/21/2016 3:12 PM

East Baton Rouge Parish Clerk of Court - C645224 PET/TORT INJURY                                Page 3 of 3

**WHEREFORE**, plaintiff prays:

I. That the defendants be duly cited, served and ordered to appear and answer this petition within the time allowed by law;

II. After due proceedings had, for judgment in favor of plaintiff and against the defendants awarding damages which are reasonable in the premises, together with legal interest from the date of judicial demand until paid, plus costs of court and all other equitable relief.

By attorneys:

Renee C. Crasto

Darrel J. Papillion (#23243)
Renee C. Crasto (#31657)
WALTERS, PAPILLION,
THOMAS, CULLENS, LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: papillion@lawbr.net
       crasto@lawbr.net

PLEASE SERVE, along with the *Request for Notice* on:

ARAMARK SCHOOLS FACILITIES, LLC
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

BRIDGET JONES
2434 69TH Ave.
Baton Rouge, LA 70807



Certified True and Correct Copy
eCertID: 000230075

Katti Acosta
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/21/2016 3:12 PM

East Baton Rouge Parish Clerk of Court - C645224 REQUEST FOR NOTICE  Page 1 of 1

| | |
|---|---|
| ELLEN WILLIAMSON | NUMBER: |
| | 19th JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE |
| ARAMARK SCHOOLS FACILITIES, LLC AND BRIDGET JONES | STATE OF LOUISIANA |

**REQUEST FOR NOTICE**

TO: Clerk of Court
19th Judicial District Court
P. O. Box 1991
Baton Rouge, LA 70821

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above-numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

By attorneys:

Darrel J. Papillion (#23243)
Renee C. Crasto (#31657)
WALTERS, PAPILLION,
THOMAS, CULLENS, LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: papillion@lawbr.net
crasto@lawbr.net
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been submitted for service on :fendants along with plaintiff's *Petition for Damages*, this 13th day of January, 2016.

Darrel J. Papillion
Renee C. Crasto

Certified True and Correct Copy
eCertID: 000230078

Katti Acosta
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/21/2016 3:12 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).